IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> STATE OF IOWA *ex rel.* ) <br> RICHARD REZKO, ) <br> ) <br> Plaintiffs and Relator, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY OF IOWA HEALTH ) <br> SYSTEM *et al.*, ) <br> ) <br> Defendants. ) | 19-CV-00007-CJW-KEM <br><br> **FILED UNDER SEAL** |

## NOTICE OF INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), the United States notifies the Court of its election to intervene in this action for the purpose of settlement with Defendants. The United States is also filing a Joint Motion for Voluntary Dismissal, along with a proposed order, dismissing the above-captioned matter.

The Government requests that Relator's First Amended Complaint, this Notice, the attached Order, and the Order Granting Voluntary Dismissal be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

>Respectfully submitted,
>
>TIMOTHY T. DUAX
>United States Attorney
>
>By: */s/ Melissa A. Carrington*
>
>MELISSA A. CARRINGTON
>Assistant United States Attorney
>111 7th Avenue SE, Box 1
>Cedar Rapids, IA 52401-2101
>Tel: (319) 363-6333
>Fax: (319) 363-1990
>Melissa.Carrington@usdoj.gov