# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF IOWA *ex rel.* RICHARD REZKO, | No. 19-CV-7 CJW-KEM |
| Plaintiffs and Relator, | **ORDER** |
| vs. | |
| UNIVERSITY OF IOWA HEALTH SYSTEM, *et al.*, | |
| Defendants. | |

_____

This matter is before the Court on plaintiffs and relator's notice of voluntary dismissal. (Doc. 34). Also before the Court is the United States' request to unseal certain documents. (Doc. 33).

On January 22, 2019, relator filed a complaint against all defendants arising under the False Claims Act, on behalf of plaintiffs United States and the State of Iowa. (Doc. 1). On October 29, 2019, relator, again on behalf of the other plaintiffs, filed an amended complaint against all defendants. (Doc. 12). On March 1, 2023, plaintiff United States notified the Court of its election to intervene in this action for the purpose of settlement with all defendants. (Doc. 33, at 1). That same day, plaintiffs and relator filed this notice of voluntary dismissal (Doc. 34) subject to the terms of a Settlement Agreement with defendants (Doc. 34-1).

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). Defendants

have not filed an answer or a motion for summary judgment. Therefore, the parties have complied with Rule 41(a)(1)(A).

In relevant part, Rule 41(a)(1)(B) provides the dismissal is without prejudice "[u]nless the notice or stipulation states otherwise." Here, the notice provides otherwise. (Doc. 34, at 1). Relator seeks dismissal with prejudice as to all counts. *(Id.)*. The United States seeks dismissal with prejudice as to the Covered Conduct in the Settlement Agreement (Doc. 34-1, at 4), but dismissal without prejudice for other claims and rights reserved in Paragraph 7 of the Settlement Agreement. (Docs. 34, at 1; 34-1, at 1, 7). The State of Iowa seeks dismissal without prejudice of all claims. *(Id.)*.

Thus, the Court **dismisses** the claims in this manner:

(1) Relator's claims against defendants are **dismissed with prejudice**.

(2) The United States' claims against defendants are **dismissed with prejudice** as to the Covered Conduct, and **dismissed without prejudice** for other claims and rights reserved in Paragraph 7 of the Settlement Agreement.

(3) The State of Iowa's claims against defendants are **dismissed without prejudice**.

The United States also requests that the Court unseal relator's first amended complaint (Doc. 12), the United States' notice of intervention (Doc. 33), their proposed order on the same (Doc. 33-1), and this order granting voluntary dismissal. (Doc. 33, at 1). In addition, it requests that the seal shall be lifted on any matter occurring in this action after the date of this Order. (Doc. 33-1, at 1). The Clerk of Court is directed to lift the seal on the above-listed documents and on any matter occurring in this action after the date of this Order.

**IT IS SO ORDERED** this 7th day of March, 2023.

_____
C.J. Williams
United States District Judge
Northern District of Iowa